**Order filed March 9, 2012**



In The

# Fourteenth Court of Appeals

NO. 14-11-00334-CR

**CASEY DEMON CARMON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1229862**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibits #2, #54, #116, #116-A and #167.**

The clerk of the 174th District Court is directed to deliver to the Clerk of this court the original of **State's Exhibits #2, #54, #116, #116-A and #167**, on or before **March 19, 2012.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of **State's Exhibits #2, #54, #116, #116-A and #167**, to the clerk of the 174th District Court.

PER CURIAM